UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE PEYTON, | ) | 1:05-CV-1269 REC WMW HC |
| | ) | |
|     Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
|     v. | ) | (DOCUMENT #6) |
| | ) | |
| DARRELL ADAMS, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 22, 2005, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   December 19, 2005**            /s/  **William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE