IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE PEYTON, | ) | CV F 05-1269 REC WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| v. | ) | RECOMMENDATIONS [Doc. |
| | ) | 5], DISMISSING PETITION |
| | ) | FOR WRIT OF HABEAS |
| WARDEN DARREL ADAMS, | ) | CORPUS, AND DIRECTING |
| | ) | ENTRY OF JUDGMENT FOR |
| Respondent. | ) | RESPONDENT |
| | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 1, 2005, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  After receiving an extension of time, Petitioner filed objections on December 30, 2005.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on November 1, 2005, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is dismissed;

3. The Clerk of the Court is directed to enter  judgment for Respondent.

IT IS SO ORDERED.

**Dated:  March 10, 2006**      **/s/ Robert E. Coyle**
668554      UNITED STATES DISTRICT JUDGE

2