IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PEYTON, | 1:05-CV-1269 AWI WMW HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| DARRELL ADAMS, Warden, | |
| | ORDER DIRECTING CLERK TO SERVE COPY ON COURT OF APPEALS |
| Respondent. | |
| _____/ | (DOCUMENT #2) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 5, 2005, Petitioner filed a motion to proceed in forma pauperis and a certified copy of his prison trust account statement.  Examination of these documents reveals that Petitioner is unable to afford the costs of this action.  Due to the fact a timely ruling was not made on Petitioner's application, and good cause having been presented to the court, IT IS HEREBY ORDERED that the motion to proceed in forma pauperis is GRANTED nunc pro tunc.  See 28 U.S.C. § 1915.

1       The Clerk of the Court is directed to serve a copy of this order on the Court of Appeals for
2 the Ninth Circuit.

4 IT IS SO ORDERED.

5 **Dated:    December 14, 2006**              /s/  William M. Wunderlich
   bl0dc4                                      UNITED STATES MAGISTRATE JUDGE